Entered on Docket
March 19, 2010

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

US Bank Natl. Assoc., as Trustee for the Structured Asset Securities Corporation Mortgage Loan Trust 2006-BC1
10-70445

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-10-10394-bam |
| John P. Lawrence and Hortensia M. Lawrence | Date: 3/2/10<br>Time: 1:30pm |
| | Chapter 7 |
| Debtors. | |

**ORDER VACATING AUTOMATIC STAY**

1
2  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the
3  above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to
4  Secured Creditor US Bank Natl. Assoc., as Trustee for the Structured Asset Securities Corporation
5  Mortgage Loan Trust 2006-BC1, its assignees and/or successors in interest, of the subject property,
6  generally described as 10134 Neville Court, Las Vegas, NV 89123, and legally described as follows:
7
   PARCEL I:
8
   LOT NINETY-SIX (96) IN BLOCK ONE (1) OF BERMUDA PYLE SOUTH, AS SHOWN
9  BY MAP THEREOF ON FILE IN BOOK 95 OF PLATS, PAGE 84, IN THE OFFICE OF THE
   COUNTY RECORDER OF CLARK COUNTY, NEVADA AND AMENDED BY
10 CERTIFICATE OF AMENDMENT RECORDED AUGUST 10, 200, IN BOOK 20000810, AS
   DOCUMENT NO. 00549
11
12 PARCEL II:

13 AN EASEMENT FOR INGRESS AND ERGRESS OVER AND ACROSS THE PRIVATE
   DRIVES AS SHOWN ON THE FINAL MAP OF BERMUDA/PYLE SOUTH, AS SHOWN
14 BY MAP THEREOF ON FILE IN BOOK 95 OF PLATS, PAGE 84, IN THE OFFICE OF THE
   COUNTY RECORDER OF CLARK COUNTY, NEAVDA.
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24
25 //
26 //

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.

DATED this _____ day of _____ 2010.

Submitted by:

**WILDE & ASSOCIATES**

By: _____
Gregory L. Wilde, Esq.
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

By:_____
Frank J. Sorrentino
1118 E. Carson Ave.
Las Vegas, NV 89101
Attorney for Debtor(s)

Nevada Bar No:_____

APPROVED / DISAPPROVED

By:_____
Yvette Weinstein
6450 Spring Mtn. Rd. #14
Las Vegas, NV 89146
Chapter 7 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
\_\_\_\_  The court waived the requirements of LR 9021.
\_\_\_\_  No parties appeared or filed written objections, and there is no trustee appointed in the case.
\_\_\_\_  No parties appeared or filed written objections, and the trustee is the movant.
\_x\_  This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document

\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document

\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor